IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION | : CIVIL ACTION : : |
| v. | : NO. 20-1372 : |
| FRANK M. MCCLELLAN, *et al.* | : |

# ORDER

**AND NOW**, this 8th day of October 2020, upon considering the parties' cross-Motions for summary judgment (ECF Doc. Nos. 55, 58, 59), Responses (ECF Doc. Nos. 64, 65, 67, 69), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for summary judgment (ECF Doc. No. 59) is:

    a. **DENIED** as to its obligations to defend and indemnify Defendant McClellan in *Johnson v. Ashley*, No. ESX-L-71-17 (N.J. Super. Ct. Law Div. Esx. Cty.);

    b. **GRANTED** as to its obligations to defend and indemnify Defendant McClellan in *Johnson v. McClellan*, No. MID-L-2366-19 (N.J. Super. Ct. Law Div. Mid. Cty.);

2. Defendant McClellan's Motion for summary judgment (ECF Doc. No. 58) is:

    a. **GRANTED** in his favor declaring Plaintiff must provide the defense and indemnify him in *Johnson v. Ashley*, No. ESX-L-71-17 (N.J. Super. Ct. Law Div. Esx. Cty.);

    b. **DENIED** as to the Plaintiff's obligations to defend or indemnify him in *Johnson v. McClellan*, No. MID-L-2366-19 (N.J. Super. Ct. Law Div. Mid. Cty.);

3. Defendant Johnson's Motion for summary judgment (ECF Doc. No. 55) is **DENIED**; and,

4. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.